IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBERT DAVIS, JR. | ) |
|                   Plaintiff, | ) |
| v. | ) Civil Action No. 4:13-CV00370-ODS |
| MIDWEST DIVISION-OPRMC, LLC d/b/a OVERLAND PARK REGIONAL MEDICAL CENTER, et al., | ) |
|                   Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Defendants Midwest Division-OPRMC, LLC d/b/a Overland Park Regional Medical Center, MidAmerica Division, Inc., and COSCORP, LLC, by and through their attorneys of record, provide the following information in compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

1. Midwest Division-OPRMC, LLC d/b/a Overland Park Regional Medical Center states that Overland Park Regional Medical Center is owned and operated by Midwest Division-OPRMC, LLC which is an indirect wholly-owned subsidiary of HCA Holdings, Inc., a publicly-traded Delaware corporation. Hercules Holding II, LLC, a shareholder of HCA Holdings, Inc., currently owns approximately 39% of its common stock; some members of Hercules Holding II, LLC are affiliated with KKR & Co. LP, a publicly traded company.

2. COSCORP, LLC and MidAmerica Division, Inc. state that COSCORP, LLC and MidAmerica Division, Inc. are indirect wholly-owned subsidiaries of HCA Holdings, Inc., a publicly-traded Delaware corporation. Hercules Holding II, LLC, a shareholder of HCA

1

Holdings, Inc., currently owns approximately 39% of its common stock; some members of Hercules Holding II, LLC are affiliated with KKR & Co. LP, a publicly traded company.

      Respectfully submitted,

      POLSINELLI PC

      By: /s/ Eric E. Packel
          THOMAS G. KOKORUDA (#24295)
          ERIC E. PACKEL (#44632)
          ALISON P. LUNGSTRUM (#63047)
          Twelve Wyandotte Plaza
          120 W. 12th Street, Suite 1700
          Kansas City, MO 64105
          (816) 421-3355
          Fax No.: (816) 374-0509
          tkokoruda@polsinelli.com
          epackel@polsinelli.com
          alungstrum@polsinelli.com

      ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Bruce Keplinger, Esq.
Christopher J. Lucas, Esq.
NORRIS & KEPLINGER, LLC
Financial Plaza II
6800 College Blvd., Suite 630
Overland Park, KS 66211
(913) 663-2000
Fax: (913) 663-2006
bk@nkfirm.com
cjl@nkfirm.com

ATTORNEYS FOR PLAINTIFF

/s/ Eric E. Packel
Attorneys for Defendants